UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
BENYAMIN STEINMETZ, *individually
and on behalf of all others similarly situated*,

                     Plaintiff,

Civil Action No:
1:23-cv-1358

-v.-
HARVARD COLLECTION SERVICES, LLC,

                     Defendants.
-----------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: January 24, 2024

Respectfully Submitted,

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: __January 25, 2024____
      Albany, NY

 */s/Tamir Saland*_____
Tamir Saland, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
tsaland@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*